

THE ATLANTA & FLORIDA RAILROAD COMPANY v. FULLER.

It affirmatively appearing from the evidence introduced for the defendant that the company's servants were guilty of no negligence in bringing about or causing the accident by which the plaintiff, a child of tender years, was injured, and there being no real or irreconcilable conflict between this evidence and that introduced by the plaintiff, which merely tended to show that the conductor permitted the boy to remain upon the train after being aware of his presence, and this mere tendency not being sufficient to overcome the conductor's positive evidence to the contrary, the verdict was contrary to law and the evidence, and a new trial should have been granted.          *Judgment reversed.*
May 15, 1893.

Action for damages. Before Judge WESTMORELAND. City court of Atlanta. December term, 1891.

Tony Fuller, who was six and a half years old at the time he was injured, brought suit by his next friend for damages resulting therefrom, and obtained a verdict. The railroad company moved for a new trial on the general grounds, among others, and the motion was overruled. For the facts shown by the evidence see the report of the following case.

D. W. ROUNTREE and C. Z. BLALOCK, for plaintiff in error. J. W. COX and G. S. THOMAS, *contra.*

———————

FULLER v. THE ATLANTA & FLORIDA RAILROAD COMPANY.

This case is controlled by the decision in *Atlanta & Florida Railroad Co. v. Fuller*, just rendered. The evidence was the same in both cases. The verdict in the present case being for the defendant was right, and there was no error in refusing a new trial.
May 15, 1893.          *Judgment affirmed.*

Action for damages. Before Judge WESTMORELAND. City court of Atlanta. December term, 1891.